IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| OMAHA TRACK, INC., | |
|---|---|
| Plaintiff, | 8:15CV169 |
| vs. | |
| L. RAY CALHOUN & CO., | **ORDER** |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Aaron Clark and Robert D. Mullin, Jr. as counsel for Defendant L. Ray Calhoun & Co., (Filing No. 29), is granted.

Dated this 15th day of December, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge