IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA TRACK, INC.,<br><br>             Plaintiff,<br><br>vs.<br><br>L. RAY CALHOUN & CO.,<br><br>             Defendant. | 8:15-CV-169<br><br>ORDER |

The parties in this case have resolved their claims. Accordingly,

IT IS ORDERED:

1. On or before March 23, 2017, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. This case is removed from the Court's trial calendar.

3. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

4. The Clerk of the Court shall set a dismissal papers deadline of March 23, 2017.

Dated this 21st day of February, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge