IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA TRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> L. RAY CALHOUN & CO., <br><br> Defendant. | 8:15-CV-169 <br><br> ORDER |

Pursuant to the parties' joint Stipulation for Dismissal (filing 47), this matter is dismissed with prejudice, each party to bear their own costs.

Dated this 1st day of June, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge